UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELVIN B. KIRKPATRICK,<br><br>            Plaintiff,<br><br>   v.<br><br>STEVEN AZEVEDO, et al.,<br><br>            Defendants. | CASE NO. 2:19-cv-01566-RAJ-BAT<br><br>**STIPULATED PROTECTIVE ORDER** |

      The parties have stipulated to and petitioned the Court for entry of a Stipulated Protective Order. Dkt. 14. Having reviewed the parties' stipulation, it is hereby **ORDERED** that the terms of the parties' Stipulated Protective Order (set forth at Dkt. 14) shall govern the parties' production of confidential, proprietary, or private information.

      **IT IS FURTHER ORDERED** that pursuant to Fed. R. Evid. 502(d), the production of any documents in this proceeding shall not, for the purposes of this proceeding or any other federal or state proceeding, constitute a waiver by the producing party of any privilege applicable to those documents, including the attorney-client privilege, attorney work-product protection, or any other privilege or protection recognized by law.

      DATED this 9th day of December, 2019.

                                                                          BRIAN A. TSUCHIDA
                                                                          Chief United States Magistrate Judge