Honorable Richard A. Jones
Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELVIN B. KIRKPATRICK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY SHERIFF'S DEPUTY STEVEN AZEVEDO, an individual,<br><br>Defendant. | No. 2:19-cv-01566-RAJ-BAT<br><br>STIPULATED DISMISSAL OF DEPUTY AZEVEDO'S COUNTERCLAIM FOR MALICIOUS PROSECUTION |

Deputy Azevedo wishes to dismiss his counterclaim for malicious prosecution, and Mr. Kirkpatrick consents to dismissal of the counterclaim. Pursuant to FRCP 41(a)(1)(a)(ii), therefore, Deputy Azevedo's counterclaim for malicious prosecution is hereby dismissed by stipulation, without an award of fees or costs to any party.

//

//

STIPULATED DISMISSAL OF COUNTERCLAIM
FOR MALICIOUS PROSECUTION
(No. 2:19-cv-01566-RAJ-BAT) - 1

**SEAMARK LAW GROUP PLLC**
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510

DATED: December 20, 2019

| | |
|---|---|
| SEAMARK LAW GROUP PLLC<br>Attorneys for Deputy Azevedo<br><br>By: *s/Geoff Grindeland*<br>Geoff Grindeland, WSBA No. 35798<br>Nikki Carsley, WSBA No. 46650<br>Seamark Law Group PLLC<br>400 Winslow Way E, Ste 230<br>Bainbridge Island, WA 98110<br>(206) 502-2510<br>geoff@seamarklaw.com<br>nikki@seamarklaw.com | MACDONALD HOAGUE & BAYLESS<br>Attorneys for Plaintiff Kelvin B. Kirkpatrick<br><br>By: *s/Joe Shaeffer*<br>Joe Shaeffer, WSBA No. 33273<br>Tim Ford, WSBA No. 5986<br>MacDonald Hoague & Bayless<br>705 2nd Ave, Ste 1500<br>Seattle, WA 98104<br>(206) 622-1604<br>joe@mhb.com<br>timf@mhb.com |

STIPULATED DISMISSAL OF COUNTERCLAIM
FOR MALICIOUS PROSECUTION
(No. 2:19-cv-01566-RAJ-BAT) - 2

**SEAMARK LAW GROUP PLLC**
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510

# CERTIFICATE OF SERVICE

I certify that on the date below I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Joe Schaeffer

Timothy K. Ford

I further certify that on the date below I mailed by U.S. Postal Service a copy of the foregoing document to the following non-CM/ECF participants:

**N/A**

DATED: December 20, 2019

*s/Geoff Grindeland*
Geoff Grindeland

STIPULATED DISMISSAL OF COUNTERCLAIM
FOR MALICIOUS PROSECUTION
(No. 2:19-cv-01566-RAJ-BAT) - 3

SEAMARK LAW GROUP PLLC
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510