UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELVIN B. KIRKPATRICK,<br><br>                   Plaintiff,<br><br>   v.<br><br>STEVEN AZEVEDO,<br><br>                   Defendant. | CASE NO. 2:19-cv-01566-RAJ-BAT<br><br>**ORDER GRANTING EXTENSION OF DISPOSITIVE MOTIONS DEADLINE** |

Based on the parties' stipulation (Dkt. 19) and for good cause shown, the parties' deadline for the filing of dispositive motions is extended until **September 10, 2020**.

DATED this 16th day of July, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING EXTENSION OF
DISPOSITIVE MOTIONS DEADLINE - 1