Honorable Richard A. Jones
Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELVIN B. KIRKPATRICK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY SHERIFF'S DEPUTY STEVEN AZEVEDO, an individual,<br><br>Defendant. | No. 2:19-cv-01566-RAJ-BAT<br><br>STIPULATED MOTION FOR ORDER OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR: August 28, 2020 |

**STIPULATION**

All parties stipulate that this entire action should be dismissed with prejudice and without an award of fees or costs to any party. The parties jointly ask the Court to enter the order below.

//

//

**SEAMARK LAW GROUP PLLC**
400 Winslow Way E, Ste 230
Bainbridge Island, WA 98110
(206) 502-2510

DATED: August 28, 2020

SEAMARK LAW GROUP PLLC
Attorneys for Deputy Azevedo

By: _s/Geoff Grindeland_
Geoff Grindeland, WSBA No. 35798
Nikki Carsley, WSBA No. 46650
Seamark Law Group PLLC
400 Winslow Way E, Ste 230
Bainbridge Island, WA 98110
(206) 502-2510
geoff@seamarklaw.com
nikki@seamarklaw.com

MACDONALD HOAGUE & BAYLESS
Attorneys for Kelvin Kirkpatrick

By: _s/Joe Shaeffer_ (per 8/28/2020 e-mail)
Joe Shaeffer, WSBA No. 33273
Tim Ford, WSBA No. 5986
Mika Rothman, WSBA No. 55870
MacDonald Hoague & Bayless
705 2nd Ave, Ste 1500
Seattle, WA 98104
(206) 622-1604
joe@mhb.com
timf@mhb.com
mikar@mhb.com

## ORDER

Based on the foregoing, the Court hereby orders that this entire action is dismissed with prejudice and without an award of fees or costs to any party.

DATED: ____________________

____________________________________
Brian A. Tsuchida
Chief United States Magistrate Judge

## CERTIFICATE OF SERVICE

I certify that on the date below I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Joe Schaeffer
Timothy K. Ford
Mika Rothman

I further certify that on the date below I mailed by U.S. Postal Service a copy of the foregoing document to the following non-CM/ECF participants:

**N/A**

DATED: August 28, 2020

*s/Geoff Grindeland*
Geoff Grindeland

**SEAMARK LAW GROUP PLLC**
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510